# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0052.  CHAMBERS v. CHAMBERS.**

Upon consideration, applicant's emergency motion for an extension of time in which to file a discretionary application is GRANTED. Applicant shall have until June 26, 2023, to file the application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/18/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.